**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 411 WAL 2018

            Respondent       :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

           v.                     :

                                 :

ZACHARY BLAIR,                  :

                                 :

            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.